# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-4868

———————————————

ROBERT CLIFTON OWEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

August 30, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, MAKAR, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Andy Thomas, Public Defender, Lori A. Willner, Assistant Public Defender, Tallahassee, Robert Clifton Owen, pro se, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.